UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
__Austin__ DIVISION

FILED
2012 JAN -6 PM 2:32

Portia Alane Watson,
  Plaintiff

A-11-CV-828 SS

V.

Dominique McClain-Barteet,
  Defendant

## Amended Complaint

Patent No. D384,495 (Plaintiff's invention was filed, in good faith, on Mar. 15, 1996 - patent issued pursuant to 35 U.S.C. 101, 102 and 103. Only 1 claim was declared - ornamental design for a shoe with interchangeable upper element as shown — Shoes had never been manufactured and/or sold in this manner.

Dominique McClain-Barteet's patent No. D515 051 filed Jan. 14, 2007 — patent issued Aug. 19, 2008. Defendant also holds several international patents in conjunction with patent No. D515051. Defendant's patent makes only 1 claim — ornamental design for shoe upper as shown. The "onesole" shoe that the defendant has been marketing and selling infringes on my patent in that it clearly uses the 1 claimed design concept set forth in my patent. Defendant has also imported shoes and components of her "onesoles" into this country in violation of patent law 35 U.S.C. 271.

I have suffered loss of Novelty, Licensure and royalties 35 U.S.C. 284. — I am asking the Court to revoke Defendant's patent pursuant to 35 U.S.C 101(a), 102(a)(b)(d)(e)(f) and 103 — Sec. D of 37 C.F.R. 1.56 I am also asking for compensatory damages pursuant to 35 U.S.C. 284.

*Portia Alane Watson*
Portia Alane Watson
5011 Single Shot Circle
Austin, Texas 78723
(512) 524-4731

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of (title of document) _Amended Complaint_ was served by (method of delivery) _Certified Mail_ on (date) _Jan. 06, 2012_ to:

Name: _Dominique McClain-Barteet_
Fax/E-Mail:
Address: _8305 Garden Road Ste. - 1-3_
_West Palm Beach, Fla. 33404_

Name:
Fax/E-Mail:
Address:

Name:
Fax/E-Mail:
Address:

Name:
Fax/E-Mail:
Address:

Name:
Fax/E-Mail:
Address:

Signed Name: _Portia A. Watson_
Printed Name: _Portia Alane Watson_